IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRACY NEWTON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3890

Opinion filed October 7, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Tracy Newton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied as premature.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.